Revised 12/2017

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
............................................................................x

In re;

Akshay Singh                                          Chapter 13

                                          Case No. 24-11631

Debtor

SSN xxx-xx-3524
------------------------------------------------------------x

## ORDER CONFIRMING CHAPTER 13 PLAN

<u>Definitions</u>: **Definitions used in the Debtor's Plan apply to this Order.**

The Debtor's plan was filed on October 3, 2024 and was modified on April 30, 2025.  Plan was
transmitted to creditors pursuant to Bankruptcy Rule 3015 and Local Rule 3015- 1(c) and 3015-2. The
Court finds that the Plan meets the requirements of 11 U.S.C. § 1325.


**IT IS ORDERED THAT**


**The Plan is hereby CONFIRMED.**

/s/ Philip Bentley



Dated: June 17, 2025                          _____
New York, New York                          **Hon. Philip Bentley**
                                          **U.S. Bankruptcy Judge**