UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:

AKSHAY SINGH

Debtor(s).
-----------------------------------------------------------X

Chapter 13
Case No.: 24-11631-JPM

**NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS**

**NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS (DOCKET #40)**

Please take notice that the Motion to Dismiss which was filed by the Trustee on January 28, 2026 as Docket #40 is hereby withdrawn.

Date: White Plains, New York
April 27, 2026

*/s/ Thomas C. Frost*

Thomas C. Frost (TF-0014) MP
Standing Chapter 13 Trustee
399 Knollwood Road, Suite 102
White Plains, New York 10603
(914) 328-6333