TF-0014/HS
October 22, 2026
9:00 AM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
IN RE:

AKSHAY SINGH,

Debtor.
---------------------------------------------------------------x

Case No. 24-11631-JPM

Hon. JOHN P. MASTANDO

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, that upon the within application, the Chapter 13 Trustee will move this court before the Honorable John P. Mastando, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, VIA ZOOM on the 22nd day of October, 2026 at 9:00 AM, or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. §1307(c) for cause, dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

**PLEASE TAKE FURTHER NOTICE, that any hearing on the within application will be held by telephone or Zoom video conference only. No in-person hearing will be held in the Courthouse. Participants are required to register their appearance at https:// ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl 48 hours before the scheduled hearing.**

Responsive papers shall be filed with the Bankruptcy Court and served upon the Chapter 13 Trustee, Thomas C. Frost, Esq., no later than seven (7) days prior to the hearing date set forth above. Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date: White Plains, New York
October 5, 2026

*/s/ Thomas C. Frost*

THOMAS C. FROST, CHAPTER 13 TRUSTEE
399 KNOLLWOOD ROAD, STE 102
WHITE PLAINS, NY 10603
(914)328-6333

TF-0014/HS
October 22, 2026
09:00 AM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
IN RE:

AKSHAY SINGH,

Debtor.
---------------------------------------------------------------x

Case No: 24-11631-JPM

Hon. JOHN P. MASTANDO

**APPLICATION**

TO THE HONORABLE JOHN P. MASTANDO, U.S. BANKRUPTCY JUDGE:

THOMAS C. FROST, ESQ., Standing Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1. The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on September 24, 2024 and, thereafter, THOMAS C. FROST was duly appointed and qualified as Trustee.

2. As of the date of this Motion, the Debtor has completed 24 Plan Months of a 60 Month Plan, and the monthly Plan payment is currently $1812.12.

3. The Debtor failed to submit timely Chapter 13 plan payments to the Trustee as required by 11 U.S.C. §1325(a)(6), and is in arrears, to date, in the amount of $10,691.72

4. The deficiencies as stated above impede the Trustee's ability to administer this case and, therefore, is a default that is prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. §1307(c)(1).

5. The foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

Dated: White Plains, New York
October 5, 2026

*/s/ Thomas C. Frost*
Thomas C. Frost, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x Case No: 24-11631-JPM
IN RE:

AKSHAY SINGH,

**CERTIFICATE OF SERVICE**
**BY MAIL**

Debtor.
--------------------------------------------------------------x

This is to certify that I, Nancy Alexander, have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

AKSHAY SINGH
1618 WOODLAND AVE.
SOUTH PLAINFIELD, NJ 07080

JEB L. SINGER, ESQ.
ONE LIBERTY PLAZA
165 BROADWAY, 23RD FL.
NEW YORK, NY 10006

This October 5, 2026

/s/Nancy Alexander
Nancy Alexander, Paralegal
Office of the Standing Chapter 13 Trustee
Thomas C. Frost, Esq.
399 Knollwood Road, Suite 102
White Plains, New York 10603
(914) 328-6333

CASE NO: 24-11631-JPM
Hon. JOHN P. MASTANDO

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE:

AKSHAY SINGH,

Debtor.

---

**NOTICE OF MOTION, APPLICATION**
**and**
**CERTIFICATE OF SERVICE**

---

**THOMAS C. FROST**
**STANDING CHAPTER 13 TRUSTEE**
**399 KNOLLWOOD ROAD, SUITE 102**
**WHITE PLAINS, NEW YORK 10603**
**(914) 328-6333**